IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: CR 2:18-cr-48 |
| BRONCO DARELLE JACKSON, | |
| Defendant. | |

### AFFIDAVIT

NOW COMES, the above-stated defendant, and gives this affidavit stating that the address set forth below and in the within attached appearance bond (or personal recognizance) will constitute a valid mailing address for service and notice of all court proceedings, appearing dates, and all pleadings.

The affiant also agrees that he will immediately notify the Clerk's office for the Southern District of Georgia of any change in the above address, and further agrees that notice sent to this address will constitute valid service of notice of proceedings in the event that he moves without notifying the Clerk's office by an acceptable writing of a new address.

This 11th day of December, 2018.

_____
Defendant-Bronco Darelle Jackson

219 Stafford Ave
_____
Defendant's Address

Sworn to and subscribed before me
this 11 day of Dec., 2018.

_____
Kim Mixon, Courtroom Deputy Clerk